**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:      *Charles Ervin Nelson v. The State of Texas*

Appellate case number:    01-17-00746-CR

Trial court case number:  20067

Trial court:              County Court of Lampasas County

Date motion filed:        January 25, 2019

Party filing motion:      Appellant

It is ordered that the motion for en banc reconsideration is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/  Evelyn V. Keyes
                   ☐ Acting Individually ☒  Acting for the Court

En Banc Court consists of: Chief Justice Radack and Justices Keyes, Higley, Lloyd, Kelly, Goodman, Landau, Hightower, and Countiss.


Date:  April 30, 2019